In the Matter of the Claim of ABRAHAM LEVINSON, Appellant, against DOLBER & WEXLER, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM HEIDENFELDT, Respondent, against REMINGTON RAND, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CARRIE CARKNARD, Respondent, against L. B. BROCKETT LUMBER Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of the Estate of FRANK JULIN, Deceased, Appellant, against JAMESTOWN METAL EQUIPMENT COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ELIZABETH SPRAGUE and Another, Respondents, against TOWN OF HARRISON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent..— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LOUIS FEINSTEIN, Respondent, against S . R. BAKERY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of NORA PLAUS (Mother of MORRIS MURPHY), Respondent, against L. W. WILLIAMS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of SALVATORE SPERRAZZA, Respondent, against IROQUOIS GAS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. POINSEL, Respondent, v. JAMES P. DOOLEY, as Mayor of the City of Cohoes, N. Y., and Others, as Commissioners of Elections, Constituting the Board of Elections of the County of Albany, N. Y., Appellants, and FREDERICK B. LINEN, Intervenor.*— Order affirmed, without costs. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents.

In the Matter of CHARLES C. ANNABEL, an Attorney.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THEODORE LUMBRAZO, Respondent, v. S. D. WOODRUFF and Others, Appellants. — Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

* Revd., 254 N. Y. 341.